# In The United States Court of Federal Claims

No. 03-2847T

(Filed: September 19, 2005)

---

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On or before September 23, 2005, the parties shall file a joint status report:

(i) suggesting a date for trial and a schedule for the pre-trial filings and conferences required under Appendix A of the Rules of the Court of Federal Claims;

(ii) verifying the venue for trial; and

(iii) indicating whether the parties wish to use an electronic courtroom for the proceedings

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge