# In The United States Court of Federal Claims

No. 03-2847T

(Filed: September 19, 2005)

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference was held in this case on September 19, 2005. Participating in the conference were Clifton Cates, on behalf of plaintiff, and Robert Stoddart, on behalf of defendant. As was discussed at the conference, defendant shall immediately propound his question concerning the March 29, 1995, memorandum to plaintiff's RCFC 30(b)(6) witness, Mr. John C. Crowe, and the witness shall respond, via affidavit or declaration, on or before September 23, 2005.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge