IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2847 T
(Judge Allegra)

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

As the Court requested in its orders of September 19, 2005, the parties present this joint status report to suggest dates for pre-trial proceedings and to inform the Court of progress in discovery. This document will be filed electronically.

A. Suggested Schedule

The parties ask the Court to schedule the trial to begin on January 4, 2006, with a pre-trial conference to be held on December 19, 2005. They also suggest that the Court require pre-trial proceedings and filings according to paragraphs 14-17 of RCFC, Appendix A, as follows:

| Event | Paragraph of Appendix A | Date |
|---|---|---|
| Meeting of Counsel and associated proceedings | ¶ 13 | October 17, 2005[1] |
| Plaintiff's Memorandum, with witness and exhibit lists | ¶¶ 14(a), 15, 16 | October 31, 2006 |

[1] The parties may hold the conference on October 19, 2005, to accommodate counsel.

| Event | Paragraph of Appendix A | Date |
| --- | --- | --- |
| Defendant's Memorandum, with witness and exhibit lists | ¶¶14(b), 15, 16 | November 28, 2005 |

The parties will attempt to agree on stipulations and joint exhibits before the pretrial conference, as paragraphs 17 and 18 suggest.

The trial should be held in Washington, D.C. The parties are amenable to presenting their cases using an electronic courtroom, but they wish to leave the decision to the Court.

B. Discovery

As the Court ordered, the defendant propounded a question to the plaintiff on September 19, 2005, concerning the memorandum discussed during a telephonic status conference held that day. On September 20, 2005, the plaintiff's Rule 30(b)(6) witness responded with a declaration that the defendant finds satisfactory.

The plaintiff's attorney has stated that the defendant's trial attorney may present this status report as a joint filing.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
U.S. Department of Justice (TAX)
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

Of Counsel

September 22, 2005