# In The United States Court of Federal Claims

No. 03-2847T

(Filed: October 17, 2005)

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 6, 2005, a status conference was held in this case. Participating in the conference were Clifton B. Cates, on behalf of plaintiff, and Robert C. Stoddart, on behalf of defendant. In accordance with the discussion held therein, the court adopts the following schedule in this matter:

1. On or before October 19, 2005, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b).

2. On or before October 31, 2005, plaintiff shall file the following:

   (a) Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

3. On or before November 28, 2005, defendant shall file the following:

(a) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b).

(b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

(c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

4. A pre-trial conference will be held on December 16, 2005, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

5. Trial in this case will commence on January 4, 2006, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the first day of trial.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge