**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 03-2847 T**
**(Judge Allegra)**

**H.J. HEINZ COMPANY AND SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

# PLAINTIFF'S EXHIBIT LIST

Plaintiff H.J. Heinz Company and Subsidiaries hereby submits its trial exhibit list, as prescribed by Appendix A, paragraph 16 of the Rules of the United States Court of Federal Claims. Plaintiff provided this list to Defendant at the meeting of counsel on October 19, 2005 in accordance with Appendix A, paragraph 13(a) of those Rules. Exhibits that Plaintiff expects to offer are shown in bold-face type. The remaining exhibits are those that Plaintiff may offer if the need arises. Plaintiff expects that the parties will eventually stipulate to the admissibility of the majority of exhibits that Plaintiff expects to offer.

| Exhibit Number | Description | Stipulated Admissible | Bates nos. |
|---|---|---|---|
| **1** | **Convertible note issued by H.J. Heinz Company ("Heinz") to H.J. Heinz Credit Company ("HCC") on January 18, 1995** | **Yes** | **3176-3188** |
| **2** | **Credit agreement between Morgan Guaranty Trust Company of New York and HCC, dated August 9, 1994** | **Yes** | **1023-1042** |
| **3** | **Promissory note issued by HCC to Morgan Guaranty Trust Company of New York on August 9, 1994** | **Yes** | **1021-1022** |
| **4** | **Stock purchase agreement between HCC and AT&T Investment Management Corp., dated May 2, 1995** | **Yes** | **1967-1983** |
| 5 | Heinz Annual Report FY 1994 financials | Yes | 3189-3211 |
| 6 | Heinz Annual Report FY 1995 financials | Yes | 3212-3240 |
| 7 | Heinz Annual Report FY 1996 financials | Yes | 3241-3269 |
| 8 | Heinz Annual Report FY 1997 financials | Yes | 3270-3303 |
| 9 | Heinz Annual Report FY 1998 financials | Yes | 1499-1530 |
| 10 | HCC FY 1994 financials | | 1304-1323 |
| 11 | HCC FY 1995 financials | Yes | 1324-1343 |
| 12 | HCC FY 1996 financials | | 1344-1358 |
| 13 | HCC FY 1997 financials | | 1359-1374 |
| 14 | HCC FY 1998 financials | | 1375-1390 |
| **15** | **Heinz daily closing stock price data for January 18, 1988 through May 3, 2000** | | **3304-3354L** |
| **16** | **Graph of Heinz daily closing stock prices for January 18, 1988 through January 18, 2000** | | **3641** |
| 17 | Heinz quarterly dividend data for January 18, 1988 through May 3, 2000 | | 3355-3356 |
| 18 | Minutes of July 13, 1994 meeting of Heinz board of directors | | 3357-3371 |
| 19 | Minutes of August 2, 1994 meeting of HCC board of | | 3372-3374 |

| | | |
|---|---|---|
| | directors | |
| 20 | Minutes of August 11, 1994 meeting of HCC board of directors | 3375-3376 |
| 21 | Minutes of September 13, 1994 meeting of Heinz board of directors | 1223-1240 |
| 22 | Minutes of September 20, 1994 meeting of HCC board of directors | 3377-3379 |
| 23 | Minutes of January 10, 1995 meeting of Heinz executive committee | 1285-1293 |
| 24 | Minutes of January 10, 1995 meeting of HCC board of directors | 3380-3382 |
| 25 | Minutes of April 12, 1995 meeting of Heinz board of directors | 1241-1253 |
| 26 | Plaintiff's First Request for Admissions | 3383-3402 |
| **27** | **Defendant's Responses to Plaintiff's First Request for Admissions** | **3403-3445** |
| 28 | Plaintiff's Second Request for Admissions | 3446-3450 |
| **29** | **Defendant's Responses to Plaintiff's Second Request for Admissions** | **3451-3461** |
| 30 | Plaintiff's First Interrogatories | 3462-3466 |
| 31 | Defendant's Responses to Plaintiff's First Interrogatories | 3467-3474 |
| 32 | Plaintiff's Second Interrogatories | 3475-3483 |
| 33 | Defendant's Responses to Plaintiff's Second Interrogatories | 3484-3506 |
| 34 | Plaintiff's Third Interrogatories | 3507-3516 |
| 35 | Defendant's Responses to Plaintiff's Third Interrogatories, with cover letter | 3517-3542 |
| 36 | Plaintiff's Fourth Interrogatories | 3543-3549 |
| 37 | Defendant's Responses to Plaintiff's Fourth Interrogatories | 3550-3558 |
| **38** | **Summary of HCC's purchases of Heinz stock** | **3559-3566** |

| | | |
|---|---|---|
| | **between August 11, 1994 and November 15, 1994** | |
| **39** | **Summary of HCC's book gain on sale of Heinz stock** | **3567** |
| 40 | Summary of Heinz purchases of Heinz stock, 1985-1994 | To come |
| **41** | **HCC Delaware state tax returns for the fiscal years ended April 27, 1994, May 3, 1995, and May 1, 1996** | **1641-1646** |
| 42 | Letter from Philip Darivoff of Goldman, Sachs & Co. to John Crowe of Heinz, dated July 1, 1994 | 1647-1648 |
| 43 | Letter from John Crowe to Philip Darivoff, dated July 5, 1994 | 1561-1562 |
| **44** | **Engagement letter from Goldman, Sachs & Co. to James Backo of HCC, dated August 24, 1994** | **1001-1003** |
| **45** | **Private placement agency agreement, dated April 13, 1995, between Goldman, Sachs & Co. and HCC** | **1852-1859** |
| **46** | **Letter from Philip Darivoff to James Backo, dated January 16, 1995** | **3568-3575** |
| **47** | **Letter from Philip Darivoff to James Backo, dated March 4, 1998** | **2183-2189** |
| 48 | Expert report of Aiden E. Hatton, Jr. | 3576-3615 |
| 49 | Heinz & Subsidiaries Forms 1120 FY 1992-1995 (through Schedule M-2) | 3616-3633 |
| 50 | Heinz Forms 1120X FY 1992-1994 | 3634-3640 |
| **51** | **Registration agreement between Heinz and certain affiliates, dated June 22, 1995** | **3642-3670** |
| **52** | **Amendment to registration agreement between Heinz and certain affiliates, dated August 2, 1995** | **3671-3674** |

Respectfully submitted,

s/ Clifton B. Cates ____________________

Clifton B. Cates
Attorney for Plaintiff

1700 Pennsylvania Avenue, N.W.
Sixth Floor
Washington, D.C. 20006
(202) 393-7600

Date: October 28, 2005

Of Counsel:

Ivins, Phillips & Barker Chartered
1700 Pennsylvania Avenue, N.W.
Sixth Floor
Washington, D.C. 20006
(202) 393-7600