IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 03-2847 T
(Judge Allegra)

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S MOTION FOR LEAVE TO FILE ITS MOTION *IN LIMINE* FOURTEEN DAYS EARLY

---

The defendant, the United States, asks the Court's leave to file the separately submitted Defendant's Motion *in Limine*, along with an appendix, on November 14, 2005, rather than on November 28, when it is due under the Court's rules. As good cause for this motion, the defendant states the following:

In its Order of October 17, 2005, the Court asked the defendant to file its response to the plaintiff's memorandum of contentions of law and fact "on or before November 28, 2005." The defendant's response must contain "[a]ny objection to a witness or exhibit listed" in the plaintiff's pretrial filings. RCFC App. A, ¶¶ 14(a)(3) & (b). The objections may be made either in the responsive memorandum "or in a separate motion filed on the same date." Id., ¶ 14(a)(3) (emphasis added).

The defendant has not finished drafting its response to the plaintiff's memorandum and cannot file it before November 28, but the defendant has grave objections to testimony the

plaintiff promised in its Witness List. Accordingly, the defendant has drafted a separate motion *in limine* that sets out its objections in detail, cites supporting exhibits, and discusses relevant authorities. The defendant is certain that the plaintiff will wish to respond, and the defendant will probably reply. If the defendant filed its motion *in limine* on November 28, along with the rest of its pretrial filings, the parties would not finish briefing the issue until December 26, 2005–ten days after the pretrial conference, which is now scheduled for December 16. See RCFC 6(a) & 7.1. If, however, the defendant files its motion today, the issue will be briefed before the pretrial conference, and the Court will be better able to plan the proceedings at trial.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
E-MAIL: Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

November 14, 2005