IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2847 T
(Judge Allegra)

H.J. HEINZ COMPANY AND SUBSIDIARIES,
Plaintiff

v.

THE UNITED STATES,
Defendant

DEFENDANT'S EXHIBIT LIST

Pursuant to RCFC Appendix A, ¶ 16, and the Court's Order of October 17, 2005, the United States, defendant, presents its witness list, which will be electronically filed on November 28, 2005. The defendant now intends to offer all of the listed exhibits, but will refrain from offering an exhibit listed to prove facts that the parties may stipulate.

The defendant expects that the parties will offer many of the listed exhibits as joint exhibits, as suggested by RCFC App. A, ¶ 18. If so, the defendant will not offer its own duplicate exhibit separately.

In this document "Heinz" refers to the H.J. Heinz Company, and "HCC" refers to the H.J. Heinz Credit Company.

| Number | Description |
| --- | --- |
| 1. | Excerpts from minutes, Heinz board meeting (6/9/93) |
| 2. | Excerpts from minutes, Heinz board meeting (7/13/94) |
| 3. | IRS Document Requests 150-152 and Heinz's responses |

4. Excerpts from minutes, Heinz board meeting (8/2/94)

5. Excerpts from minutes, HCC board meeting (8/11/94)

6. Excerpts from minutes, Heinz executive committee meeting (9/12/94)

7. Excerpts from minutes, Heinz board meeting (9/13/94)

8. Excerpts from minutes, HCC board meeting (9/20/94)

9. Heinz Financial Policies (6/23/89)

10. Letter from James A. Backo to Dillon, Read & Co. with attachments (8/8/94)

11. Letter from James A. Backo and F. Nicholas Grasberger III to Marianne Stearns, with attachments (8/8/94)

12. HCC Share Repurchase Program Operating Procedures

13. Letter from Morgan Guaranty Trust Co. to HCC, setting out terms of a loan, accepted by HCC and returned with attachments (8/9/94)

14. Exhibits 14a-14m, Letters from James A Backo to Ms. Sandra Trader of J.P.Morgan services, Inc. (various dates)

15. Exhibit 15a, FAX from J.P. Morgan to James A Backo at (302) 573-2507 (11/21/94) Exhibit 15b, a 3-page FAX from J.P. Morgan to (302) 575-2507, transmitting statements for LIBOR interest (11/29/94)

16. Exhibits 16a-16cd, FAXes from J.P. Morgan to 573-2507 (on certain copies noted as deliverable to James A. Backo); Daily Rate Sheets showing various daily interest rates to be applied to loans taken by HCC

17. FAX from J.P. Morgan to James A. Backo, transmitting fee statement (1/3/95)

18. Exhibits 18a-18e, Letters from James A. Backo to Barbara McCarnan of J.P. Morgan Services, Inc., transmitting payment of interest and principal (various dates)

19. FAX from James A. Backo to John Kraus, transmitting interest expense worksheet for base loans (6/26/98)

20. Powerpoint presentation by John C. Crowe to the Heinz Executive Committee, titled Share Repurchase Transaction (1/10/95)

21. Extract from minutes of the Heinz Executive Committee's meeting (1/10/95)

22. Letter from Leonard A. Cullo to Philip M. Darivoff, transmitting the following two exhibits:

23. Letter from Goldman, Sachs & Co. to Heinz, setting out an indemnification agreement, as accepted by Heinz (8/24/94)

24. Letter from Goldman, Sachs & Co. to HCC setting out terms of engagement, as accepted by HCC (8/24/94)

25. Letter from John C. Crowe to P. Darivoff, with attachment (7/5/94)

26. FAX from John Crowe to Jim Backo, with excerpts from an attached 1/20/95 draft of a zero coupon convertible note (1/23/95)

27. Excerpts from a draft of a zero coupon convertible note (2/15/95)

28. Letter from L.A. Cullo to P.F. Renne and J.A. Backo, with excerpts from an attached 2/20/95 draft of a zero coupon convertible note (2/24/95)

29. Memorandum from Jason S. Wenglin to Leonard A. Cullo, transmitting a draft term sheet (3/27/95)

30. Redacted Memorandum from J.C. Crowe to D.R. Williams transmitting an April 1995 Executive Committee presentation on the sale of HCC's Heinz stock

31. Redacted Executive Committee presentation on the sale of HCC's Heinz stock, titled Disposal of Shares (April 1995)

32. Excerpts from minutes, Heinz board meeting (4/12/95)

33. Letter from Goldman, Sachs & Co. to HCC setting out terms of engagement, as accepted by HCC (4/13/95)

34. Letter from Goldman, Sachs & Co. to Heinz setting out an indemnification agreement, as accepted by Heinz (4/13/95)

35. Reimbursement and indemnity agreement between HCC and Heinz, with attachment (4/28/95)

36. Stock purchase agreement between HCC and AT&T Investment Management Corp. (5/2/95)

37. Registration Rights Agreement between Heinz and AT&T Investment Management Corp. (5/2/95)

38. Memorandum from J.C. Crowe to Jim Backo (5/12/95)

39. Letter from Leonard A Cullo to James A. Backo (5/18/95)

40. Memorandum from J.C. Crowe to J.A. Backo, with attachments (6/1/95)

41. FAX from Len Cullo to Jim Backo, with attachments (3/13/96)

42. Excerpts from Heinz Shelf Registration of 175,000 Shares of Common Stock held by AT&T Investment Management Corp. (8/18/95)

43. Memorandum from A.J. Inamorato to H.N. Ames (3/10/86)

44. Memorandum from C.A. Caponi to C.E. Fearer (11/29/84)

45. Memorandum from C.A. Caponi to C.E. Fearer (11/29/84)

46. Memorandum from C.A. Caponi to C.E. Fearer (7/3/85)

47. Letter from Robert H. Wellen to Robert C. Stoddart, summarizing the history of H.J. Heinz Leasing Co. (6/24/2005)

48. Memorandum from John C. Crowe to C.A. Caponi (12/4/85)

49. Memorandum from C.A. Caponi to J.C. Crowe (2/27/86)

50. Memorandum from C.A. Caponi to J.C. Crowe, with attachment (4/8/86)

51. Memorandum from John C. Crowe to H.N. Ames (5/12/86)

52. Memorandum from John C. Crowe to E.A. Aiello and others (6/23/86)

53. Memorandum from Eric R. Jones to Bob Johnston (7/30/86)

54. Excerpts from Safe Harbor Lease by and between United States Steel Corporation and Heinz (4/23/82)

55. Memorandum from C.A. Caponi to J.C. Crowe (10/30/86)

56. Memorandum from John C. Crowe to P.F. Renne (3/18/87)

57. Memorandum from John C. Crowe to E.R. Jones (10/28/87)

58. Memorandum from Eric Jones to John Crowe (10/30/87)

59. Memorandum from John C. Crowe to E.R. Jones (11/4/87)

60. Memorandum from John C. Crowe to "Distribution," transmitting a draft set of Operating Procedures for HCC and H.J. Heinz Leasing Company (10/19/88)

61. Memorandum from C.A. Caponi to C.E. Fearer (3/2/89)

62. Memorandum from John C. Crowe to "Distribution," transmitting a final set of Operating Procedures for HCC and H.J. Heinz Leasing Company (3/13/89)

63. Memorandum from John C. Crowe to P.F. Renne, attaching the presentation described in the following exhibit (4/10/90) [see Pl. Second Response to Def. Request for Prod. No. 6, at page 4]

64. Slide presentation by John C. Crowe titled "Heinz Delaware / A Modest Proposal" (April 1990)

65. Memorandum from P.R. Bianconi to C.A. Caponi (6/23/92)

66. Memorandum from C.A. Caponi to J.L. Kraus

67. Memorandum from B.J. Deem to C. A Caponi (5/17/93)

68. Letter from John C. Voigt, Mass. Dept. of Revenue, to Heinz (11/10/93)

69. Letter from Roland S. Sadowski, NY Dept. of Tax. and Finance, to Heinz (2/11/94)

70. Memorandum from B.J. Deem to C. A Caponi (8/24/94)

71. Letter from Tim Rhodes, NC Dept. of Revenue, to Heinz, with attachments (1/11/95)

72. Handwritten notes by John L. Kraus, a senior tax attorney at Heinz

73. Minutes, HCC board meeting (1/10/95)

74. Memorandum from C.A. Caponi and J.L. Kraus to J.C. Crowe (1/27/95)

75. Memorandum from J.L. Kraus to C.A. Caponi (3/29/95)

76. Memorandum from J.C. Crowe to C.A. Caponi and J.L. Kraus (8/8/95)

77. Memorandum from C.A. Caponi to L. Cullo (8/10/95)

78. Minutes, H.J. Heinz Leasing Co. board meeting (11/2/95)

79. Memorandum from Jim Backo to Kathy Thomas (5/8/95)

80. Unanimous consent of directors, H.J. Heinz Leasing Co. (5/27/87)

81. Proxy to vote 500 shares of H.J. Heinz Leasing Co., from Heinz to Paul F. Renne (6/11/91)

82. Unanimous consent of shareholders, H.J. Heinz Leasing Co. (9/4/91)

83. Unanimous consent of directors, H.J. Heinz Leasing Co. (9/4/91)

84. Proxy to vote 900 shares of HCC, from Heinz Leasing Co. to Paul F. Renne (6/11/91)

85. Unanimous consent of shareholders, HCC (9/4/91)

86. Minutes, H.J. Heinz Leasing Co. board meeting (6/20/94)

87. Minutes, H.J. Heinz Leasing Co. board meeting (6/20/94)

88. Unanimous consent of shareholders, H.J. Heinz Leasing Co. (9/24/94)

89. Minutes, H.J. Heinz Leasing Co. board meeting (1/10/95)

90. Minutes, H.J. Heinz Leasing Co. board meeting (6/21/95)

91. Letter from R.M. Johnston to J.A. Backo (7/16/91)

92. Letter from R.M. Johnston to J.A. Backo (8/14/91)

93. Letter from R.M. Johnston to J.A. Backo (10/15/91)

94. Letter from R.M. Johnston to J.A. Backo (1/14/92)

95. Letter from R.M. Johnston to J.A. Backo (1/15/92)

96. Letter from R.M. Johnston to J.A. Backo (4/15/92)

97. Letter from R.M. Johnston to J.A. Backo (7/14/92)

98. Letter from R.M. Johnston to J.A. Backo (1/15/93)

99. Letter from R.M. Johnston to J.A. Backo (1/15/93)

100. Letter from R.M. Johnston to J.A. Backo (4/15/93)

101. Letter from R.M. Johnston to J.A. Backo (7/15/93)

102. Letter from R.M. Johnston to J.A. Backo (10/15/93)

103. Letter from R.M. Johnston to J.A. Backo (1/18/94)

104. Letter from R.M. Johnston to J.A. Backo (7/15/94)

105. Letter from R.M. Johnston to J.A. Backo (8/15/94)

106. Letter from R.M. Johnston to J.A. Backo (10/14/94)

107. Letter from R.M. Johnston to J.A. Backo (1/13/95)

108. Letter from R.M. Johnston to J.A. Backo (4/17/95)

109. Letter from Heinz to holder of zero-coupon convertible note (10/1/95)

110. Draft letter from Goldman, Sachs & Co. to James A. Backo (1/28/98)

111. Letter from Goldman, Sachs & Co. to James A. Backo (2/17/98)

112. Letter from Goldman, Sachs & Co. to James A. Backo (3/4/98)

113. Memorandum from Kathy Thomas to John Crowe (4/9/98)

114. Memorandum from John Crowe to Len Cullo and others (4/22/98)

115. Memorandum from John Crowe to Len Cullo and others (5/6/98)

116. Letter from Kaye S. Woods to Paul F. Renne, with attachment (4/28/98)

117. Letter from F. Nicholas Grasberger III to Rita Schwartz (4/14/98)

118. Letter from F. Nicholas Grasberger III to Rita Schwartz (8/4/98)

119. Slide presentation by John C. Crowe to the Heinz Executive Committee entitled "Project Dance Preparatory Steps" [See Pl. First Resp. to Def. Req. for Production–Set No. 6 at 10)

120. Excerpts from minutes, Heinz board meeting (10/9/2002)

121. Plan and agreement of recapitalization between Heinz and HCC (11/6/2002)

122. Memorandum from L.A. Cullo to Pricing Committee (11/7/2002)

123. Excerpts, Heinz annual report for 2002

124. Expert Report of Gregg A. Jarrell (2/4/2005)

125. Certificate of Incorporation of Heritage International Inc. (3/2/95)

126. Certificate of Amendment of Heritage International Inc. (11/30/95)

127. HCC Financial Statements from 7/28/93 through 11/1/2000 [Bates 1304-1406 and 2589-2617]

128. Summary Exhibit: H.J. Heinz Credit Company – Dividends Received and Paid

129. Summary Exhibit: H.J. Heinz Credit Company – Investment in Heritage/CMH

130. H.J. Heinz Leasing Company Financial Statements for the 12 months ended 5/3/95

131. H.J. Heinz Leasing Company Financial Statements for the 6 months ended 11/1/95

132. H.J. Heinz Leasing Company Financial Statements for the 7 months ended 11/29/95 (short year)

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
E-MAIL: Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

November 28, 2005