IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 03-2847 T
(Judge Allegra)

H.J. HEINZ COMPANY AND SUBSIDIARIES,
Plaintiff

v.

THE UNITED STATES,
Defendant

---

DEFENDANT'S WITNESS LIST

---

Pursuant to RCFC Appendix A, ¶15(a), and the Court's Order of October 17, 2005, the United States, defendant, presents its witness list. This document will be electronically filed on November 28, 2005.

A. Witnesses the defendant expects to present:

1. John C. Crowe
Vice-President, Taxes
H.J. Heinz Company
4 Linden Place
Sewickley, PA 15143
(412) 749-9433

Mr. Crowe will testify about: (1) the history of the Heinz Credit Company (HCC); (2) the history of the Heinz Leasing Company (Leasing); (3) the reorganization of HCC and its merger with Leasing; (4) the stock repurchase plans of H.J. Heinz Company and its decision to involve HCC in one of those plans; (5) the dealings that HCC and Heinz had with Goldman, Sachs & Co, including the process of designing the convertible note used in the transaction before the Court;

(6) HCC's sale of Heinz stock to a third party; and (6) HCC's conversion of the note into stock. Mr. Crowe will also authenticate certain exhibits.

The defendant anticipates that Mr. Crowe's testimony will last from 2 to 3 hours.

2. Gregg A. Jarrell
Professor of Economics and Finance
William E. Simon Graduate School of Business Administration
University of Rochester
Rochester, NY 14603
(585) 275-2771

Prof. Jarrell will testify concerning: (1) his background and qualifications; (2) the value of the convertible note used in the transaction before the Court; and (3) the weaknesses in the valuation offered by Goldman, Sachs & Co.

The defendant anticipates that Prof. Jarrell's testimony will last from 1 to 2 hours

B. Witnesses the defendant may call if the need arises:

1. Aiden Lee Hatton, Jr.
1020 19th St., N.W.
Washington, DC
(202) 530-5708

Mr. Hatton will discuss his qualifications to render an opinion about the value of the convertible note used in the transaction before the court, and will demonstrate the results of his valuation methods.

The defendant anticipates that Mr. Hatton's testimony will last less than an hour.

The defendant notes that it has filed a motion in limine asking the Court to limit the scope of Mr. Hatton's testimony.

2. Philip M. Darivoff
Goldman, Sachs & Co.
85 Broad Street
New York, NY 10004
(212) 902-8426

Mr. Darivoff will discuss his dealings with HCC and Heinz, including his role in designing and valuing the convertible note used in the transaction before the Court.

The defendant anticipates that Mr. Darivoff's testimony will last about an hour.

The defendant notes that it has filed a motion in limine asking the Court to limit the scope of Mr. Darivoff's testimony.

Respectfully submitted,

s/Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
E-MAIL: Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

November 28, 2005