IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2847 T
(Judge Allegra)

H.J. HEINZ COMPANY AND SUBSIDIARIES,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

DEFENDANT'S PROTECTIVE APPLICATION FOR AN ORDER ALLOWING ISSUANCE OF A SUBPOENA *DUCES TECUM*

The defendant, the United States, respectfully submits this protective application for issuance of the order described below to secure certain evidence and the testimony of a witness, Philip M. Darivoff, of Goldman, Sachs & Co. The defendant will require that evidence and the associated testimony at the trial scheduled for January 4-6, 2006, only if the Court denies the Defendant's Motion *in Limine* (filed on November 14, 2005). The defendant explains the purpose of this application at pages 13-14 of Defendant's Reply to Plaintiff's Objection to Defendant's Motion *in Limine,* filed today. This document will be filed electronically on December 6, 2005.

As good cause for this application, the defendant states that the witness lives and works in New York and is located more than 100 miles from Washington, D.C., the place of trial. RCFC 45(c)(3)(A)(ii) prevents the defendant from compelling the witness's presence by subpoena without the Court's authorization.

WHEREFORE the defendant respectfully requests issuance of an order, in the form annexed, authorizing service of a subpoena *duces tecum* more than 100 miles from the place of trial.

Respectfully submitted,

s/Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
E-MAIL: Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

December 6, 2005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2847 T
(Judge Allegra)

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

PROPOSED ORDER CONCERNING SERVICE OF SUBPOENA *DUCES TECUM*

Pursuant to RCFC 45(c)(3)(A)(ii), IT IS HEREBY ORDERED, upon application of the defendant, the United States, that a subpoena *duces tecum* may be served upon Philip M. Darivoff to attend and testify at the trial in this case, scheduled for January 4-6, 2006, in Washington, DC. This subpoena may be served more than 100 miles from the place of trial.

JUDGE, UNITED STATES COURT
OF FEDERAL CLAIMS