IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2847 T
(Judge Allegra)

H.J. HEINZ COMPANY AND SUBSIDIARIES,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

DEFENDANT'S MOTION FOR LEAVE TO FILE AN ADDENDUM TO DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION *IN LIMINE*

The defendant, the United States, asks the Court's leave to file the separately submitted Addendum to Defendant's Reply to Plaintiff's Objection to Defendant's Motion *in Limine.* As good cause for this motion, the defendant states the following.

The defendant filed its reply on December 6. 2005. In its reply, the defendant quoted a fairly long portion of the opinion in *Bank of China, New York Branch, v. NBM LLC,* 359 F.3d 171 (2d Cir. 2004). The defendant omitted several passages from the quotation. Today the defendant's trial attorney received an e-mailed letter from plaintiff's counsel demanding that the defendant bring to the Court's attention some language from the opinion that the defendant omitted. In the view of plaintiff's counsel, the language supports the plaintiff's position. The defendant wishes to accommodate the plaintiff's request.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
E-MAIL: Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

December 9, 2005