# In The United States Court of Federal Claims

No. 03-2847T

(Filed: January 6, 2006)

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Trial in this case was originally scheduled for January 4 - 6, 2006. Two days of trial were held on January 4 & 5, 2006. The third day of trial is hereby rescheduled for January 17, 2006, at 11:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge