**IN THE UNITED STATES COURT**

**OF**

**FEDERAL CLAIMS**

**No. 03-2847 T**
**(Judge Allegra)**

**H.J. HEINZ COMPANY**
**AND SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

# SUPPLEMENTAL JOINT STIPULATION

Plaintiff H.J. Heinz Company and Subsidiaries and Defendant the United States respectfully submit this Supplemental Joint Stipulation, which adds to, but does not otherwise alter, the parties' Joint Stipulation of Facts filed on December 27, 2005. In addition, Defendant hereby withdraws its motion to admit Defendant's Exhibits 80 through 89, the relevant substance of which is contained in this stipulation.

For purposes of this stipulation, "Heinz Leasing" means H.J. Heinz Leasing Company, a Delaware Corporation.

**STIPULATION**

60. From September 4, 1991, through July 5, 1995, Heinz Leasing's Board of Directors was composed of the following individuals: Paul F. Renne, Daniel J. Krofcheck, and James A. Backo. From July 5, 1995, through November 29, 1995, Heinz Leasing's Board of Directors was composed of the following individuals: Paul F. Renne, Daniel J. Krofcheck, James A. Backo, and Kaye S. Woods.

Defendant's attorney has agreed that Plaintiff's attorney may file this document as a joint filing.

Respectfully submitted,

s/Clifton B. Cates___
Clifton B. Cates
Attorney for Plaintiff

Of Counsel:
Ivins, Phillips & Barker Chartered
1700 Pennsylvania Avenue, N.W.
Sixth Floor
Washington, D.C. 20006
(202) 393-7600

Date: January 13, 2006