# In The United States Court of Federal Claims

No. 03-2847T

(Filed: February 2, 2006)

---

H.J. HEINZ COMPANY AND
SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Trial was held in this case on January 4-5 and 17, 2006, at the United States Court of Federal Claims. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a completed copy of the trial transcript on February 1, 2006, and proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge