# In The United States Court of Federal Claims

No. 03-2847T

(Filed: February 2, 2006)

---

H.J. HEINZ COMPANY AND
SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

As agreed upon by the parties at the close of trial, post-trial briefing is hereby ordered as follows:

1. On or before March 20, 2006, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before April 19, 2006, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

3. In drafting the post-trial briefs, the parties are instructed to identify with specificity the page or pages of the documentary record or transcript on which any factual assertion is based.

4. Following receipt of the reply briefs, the court will contact the parties to arrange a mutually acceptable date for closing argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge