**IN THE UNITED STATES COURT**

**OF**

**FEDERAL CLAIMS**

**No. 03-2847 T**
**(Judge Allegra)**

**H.J. HEINZ COMPANY**
**AND SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**PLAINTIFF'S MOTION TO VARY PAGE-LENGTHS**
**OF INITIAL AND REPLY BRIEFS**

PLAINTIFF H.J. HEINZ COMPANY AND SUBSIDIARIES HEREBY MOVES that the Court permit the parties to allocate the 75 total pages allowed for the initial and reply post-trial briefs between those two briefs as each party deems appropriate, instead of being limited to 50 pages for the opening brief and 25 pages for the reply brief.

IN SUPPORT THEREOF, Plaintiff respectfully shows unto to the Court as follows. In its post-trial order of February 2, 2006, the Court ordered the parties to file

simultaneous initial briefs not to exceed 50 pages on or before March 20, 2006 and simultaneous reply briefs not to exceed 25 pages on or before April 19, 2006. Although Plaintiff knows the factual and legal arguments that are set forth in Defendant's pre-trial memorandum, now that the trial has concluded (except for closing argument), Plaintiff does not know exactly what new arguments, if any, Defendant intends to make. Plaintiff would therefore like the ability to the reserve more than 25 pages for its reply brief in order to be able to address fully, for the benefit of the Court, whatever new factual or legal arguments Defendant may choose to make.

Defendant's trial counsel has advised Plaintiff that he does not object to this Motion.

WHEREFORE, Plaintiff prays that this Motion be granted.

s/ Clifton B. Cates III

Clifton B. Cates III
Attorney for Plaintiff

1700 Pennsylvania Avenue NW
Suite 600
Washington DC 20006
Tel: (202) 393-7600
Fax: (202) 393-7601

Date: February 28, 2006

Of Counsel:

Ivins, Phillips & Barker Chartered
1700 Pennsylvania Avenue NW
Suite 600
Washington DC 20006
(202) 393-7600