IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 03-2847 T
(Judge Allegra)

H.J. HEINZ COMPANY AND SUBSIDIARIES,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

---

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A POST-TRIAL BRIEF

---

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 3-day enlargement of time, from March 20 through March 23, 2006, inclusive, within which to file its post-trial brief. In fairness, the defendant also asks the Court to enlarge the time within which the plaintiff may file its post-trial brief to the same date and to allow a corresponding enlargement of 3 days within which the parties may file their post-trial reply briefs, from April 19 through April 24, inclusive. (Because April 22 is a Saturday, the defendant requests an enlargement until the next Monday.) This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance. This motion will be filed electronically.

As good cause for this motion, the defendant states that the Acting Chief of the Court of Federal Claims Section was once assigned to review the defendant's post-trial brief, but he has

been obliged to reassign that task to the Assistant Chief, who will be out of the office for three days this week. He will require that time to review the brief.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

March 13, 2006