# In The United States Court of Federal Claims

No. 03-2847T

(Filed: March 14, 2006)

---

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On March 13, 2006, defendant filed an unopposed motion for an enlargement of time in which to file its post-trial brief. The motion is hereby **GRANTED**. Accordingly, the revised schedule is as follows:

1. On or before March 23, 2006, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before April 24, 2006, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge