# In The United States Court of Federal Claims

No. 03-2847T

(Filed: April 3, 2006)

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Upon review of the docket, the court has determined that certain motions remain pending thereon despite being previously ruled upon. Accordingly, in order to memorialize its prior rulings:

1. Defendant's motion for an order authorizing service of a subpoena *duces tecum* more than 100 miles from the place of trial, filed on December 6, 2005, is hereby **DENIED**.

2. Defendant's motion for leave to file an addendum to its reply in support of its motion in limine, filed on December 9, 2005, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge