# In the United States Court of Federal Claims

**03-2847T**

**Filed: April 27, 2006**

**H.J. HEINZ CO. AND SUBSIDIARIES**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (one volume)**
**Held in Washington, D.C.**
**January 4, 2006 through January 17, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.