# In The United States Court of Federal Claims

No. 03-2847T

(Filed: July 17, 2006)

H.J. HEINZ COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The Federal Circuit recently issued its opinion in *Coltec Indus., Inc. v. United States*, 2006 WL 1897077 (Fed. Cir. July 12, 2006). Given the discussion of the economic substance doctrine in that case, the court wishes the parties' views as to the impact of *Coltec* on the case *sub judice*. Accordingly, on or before August 31, 2006, the parties shall each file a short memorandum (not to exceed 10 pages in length) on the aforementioned subject.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge