Receipt # 066855

ORIGINAL

FILED
JUL 17 2007
U.S. COURT OF
FEDERAL CLAIMS

IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

---

Case Number 03-2847T

---

H.J. Heinz Company and
Subsidiaries,
Plaintiff,

v.

United States,
Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that H.J. Heinz Company and Subsidiaries, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on the 24th day of May, 2007.

Respectfully submitted,

Eric R. Fox

ERIC R. FOX
Attorney for Plaintiff
Ivins, Phillips & Barker, Chartered
Suite 600
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-662-3406

July 17, 2007